IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3005-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MELISSA SPEAR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the "Petition for Modification of Sentence Pursuant to Post-Sentencing Rehabilitation in Light of Pepper v. United States" (filing no. 116) is denied.[1]

Dated February 5, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] The motion was incorrectly docketed as a "Motion to reduce sentence under 2011 Crack Cocaine guideline amendment."